No. 63553.—Manca, Inc. *v.* United States, protest 266999–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise covered by entry 107241 consists of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained. In all other respects, the protest was dismissed.

No. 63554.—Burleigh Brooks, Inc. *v.* United States, protests 59/4875, 59/1014, and 58/22786 (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61631, the claim of the plaintiff was sustained.